# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

THOMAS GAVIN,

    Plaintiff,

v.                                      CASE NO.: 11-CV-00344 CG/WPL

VILLAGE OF RUIDOSO, by and through
its Board of City Councilors and DEBI
LEE, individually and in her capacity as
the manager for the Village of Ruidoso,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITS

THIS COURT, having considering Defendants' *Unopposed Motion to Exceed Page Limits*, (Doc. 66), set by D.N.M.LR-Civ. 7.5, hereby finds the *Unopposed Motion* is well taken and should be granted.

IT IS THEREFORE ORDERED that Defendants' *Reply in Support of Motion for Summary Judgment* and *Response in Opposition to Plaintiff's Motion for Partial Summary Judgment*, including *Response in Opposition to Plaintiff's Memorandum in Support of Motion for Partial Summary Judgment*, may exceed the applicable page limits set by this Court's Local Rules.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted and approved by:

**HINKLE, HENSLEY, SHANOR & MARTIN, LLP**


  /s/ Stephen S. Shanor, Esq.
Stephen S. Shanor, Esq.
Richard E. Olson, Esq.
P.O. Box 10
Roswell, NM 88202-0010
575-622-6510
*Attorneys for Defendant Village of Ruidoso*

**J. ROBERT BEAUVAIS, PA**

 *Telephonically Approved 03/30/12*
Bob Beauvais, Esq.
P.O. Box 2408
Ruidoso, NM 88355-2408
(575) 257-6321
*Attorneys for Plaintiff Thomas Gavin*