IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS GAVIN,

    Plaintiff,

v.                                                         CV 11-0344 CG/WPL

VILLAGE OF RUIDOSO, by and through its
Board of City Councilors, and DEBI LEE,
individually and in her capacity as manager
for the Village of Ruidoso,

    Defendants.

## JUDGMENT

**THE COURT**, having **GRANTED IN PART AND DENIED IN PART** *Defendants' Motion for Summary Judgment*, (Doc. 56), and having **DENIED** Plaintiff's *Motion for Partial Summary Judgment*, (Doc. 64), issues this final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that final judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's First Amendment, Fourteenth Amendment, and New Mexico Inspection of Public Records Act claims. Plaintiff's remaining state law claims are remanded to the Twelfth Judicial District Court for the State of New Mexico.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE